UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLISHAW HOLDINGS, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WINNEBAGO INDUSTRIES, et al.,<br><br>Defendants. | Case No. 13-cv-05364-JCS<br><br>**ORDER VACATING ENTRY OF DEFAULT AGAINST DEFENDANT LA MESA R.V. CENTER**<br><br>**Dkt. No. 15** |

On February 6, 2014, Plaintiffs filed a motion for entry of default against Defendant La Mesa R.V. Center, which the Clerk entered on February 10, 2014. *See* Dkt. Nos. 13-14. On February 10, 2014, after default had been entered, Plaintiffs requested that the entry of default against La Mesa R.V. Center be vacated. *See* Dkt. No. 15.

The entry of default against La Mesa R.V. Center is vacated.

**IT IS SO ORDERED**.

Dated: February 21, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge