UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

COLLISHAW HOLDINGS, LLC, et al.,

    Plaintiffs,

v.

WINNEBAGO INDUSTRIES, et al.

    Defendants.

_____/

No. C 13-5364 JCS

**ORDER RE: ATTENDANCE AT ENE**

Date:     October 13, 2014
Evaluator:  Peter Califano

IT IS HEREBY ORDERED that the request to excuse cross-defendants Daimler Trucks North America, LLC and Freightliner Custom Chassis Corporation's corporate representative from appearing in person at the October 13, 2014, ENE before Peter Califano is GRANTED. The excused party shall be available at all times to participate telephonically in the ENE as set forth in ADR L.R. 5-10(f).

IT IS SO ORDERED.

September 15, 2014      By:   _____
Dated                                               Maria-Elena James
                                                       United States Magistrate Judge