UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| COLLISHAW HOLDINGS, LLC, et al., | |
| Plaintiffs, | No. C 13-5364 JCS |
| v. | **ORDER RE: ATTENDANCE AT ENE** |
| WINNEBAGO INDUSTRIES, et al. | Date: October 13, 2014 |
| Defendants. | Evaluator: Peter Califano |

IT IS HEREBY ORDERED that the request to excuse cross-defendants Daimler Trucks North America, LLC and Freightliner Custom Chassis Corporation's corporate representative from appearing in person at the October 13, 2014, ENE before Peter Califano is GRANTED. The excused party shall be available at all times to participate telephonically in the ENE as set forth in ADR L.R. 5-10(f).

IT IS SO ORDERED.

September 15, 2014            By:  _____
Dated                                          Maria-Elena James
                                                    United States Magistrate Judge