UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| JACK COLLISHAW, et al.<br><br>    Plaintiffs,<br><br>  v.<br><br>WINNEBAGO INDUSTRIES, et al.,<br><br>    Defendants.<br>_____/ | No. C 13-5364 JCS<br><br>**ORDER RE: ATTENDANCE AT ENE**<br><br>Date:      December 18, 2014<br>Evaluator:  Peter Califano |

    IT IS HEREBY ORDERED that the request to excuse all parties from appearing in person at the December 18, 2014, ENE before Peter Califano is GRANTED. The excused parties shall be available to participate telephonically in the ENE as set forth in ADR L.R. 5-10(f).

    IT IS SO ORDERED.

December 16, 2014      By: _____
Dated                                        Maria-Elena James
                                                    United States Magistrate Judge